The Honorable William B. Shubb

Gary Sparling
Soha & Lang, P.S.
1325 Fourth Avenue, Suite 2000
Seattle, WA 98101
Phone: (206) 624-1800
Idaho Bar #6620

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| THE CINCINNATI INSURANCE COMPANY, an Ohio corporation; and THE CINCINNATI INDEMNITY COMPANY, an Ohio corporation, | Cause No. 1:16-cv-451 WBS |
| | **JOINT STATUS REPORT RE CONTINUED STAY OF ACTION** |
| Plaintiffs, | |
| vs. | |
| REFLOK, INC., f/k/a REFLOK-NORTH AMERICA, INC., an Idaho corporation; DIRECT EXPANSION SOLUTIONS, INC., a Texas corporation; DMG CORPORATION, a California corporation; HAVTECH, INC., a Delaware corporation; NORMAN S. WRIGHT MECHANICAL EQUIPMENT CO., LLC, a California limited liability company; and DOE DEFENDANTS 1 through 5 | |
| Defendants. | |

The parties respectfully submit this Joint Status Report pursuant to the Court's Order Staying Action for 150 Days [ECF 65]. The Court previously granted the parties' stipulated motion to stay all proceedings in this action for 150 days, filed by Plaintiffs Cincinnati

JOINT STATUS REPORT RE CONTINUED
STAY OF ACTION– 1
CAUSE NO. 1:16-cv-451 WBS

6900.00154 la18dm186k

Insurance Company and Cincinnati Indemnity Company, and Defendants Direct Expansion Solutions, Inc. and Norman S. Wright Mechanical Equipment Co., LLC (collectively, the "Parties") [ECF 64].  The Parties stipulated to a stay of this action to allow them additional time to determine whether one or more of the underlying claims and lawsuits (including the "Bellwether" Gables claim identified in the Parties' Discovery Plan) can be settled, thereby potentially streamlining and simplifying the issues presented in this declaratory action.

Since the stay was entered, some underlying claims have resolved, but the Gables claim remains unresolved.  The Parties therefore agree that it would be appropriate to stay this action for an additional 150 days, to determine whether any additional claims or suits can be settled, which could streamline and simplify the issues presented in this case.

Before the 150th day after a continuation of the stay is entered, the Parties will provide a supplemental joint status report to the Court regarding whether they believe it would be appropriate to stay this action for an additional period.

The Parties therefore request the Court to enter an order:

1. Staying this action for all purposes for an additional 150 days;

2. Requiring the Parties to file a joint status report before the additional 150-day period expires regarding whether the stay should be continued; and

3. Permitting any Party to move to lift the stay prior to its expiration.

**JOINT STATUS REPORT RE CONTINUED STAY OF ACTION– 2 CAUSE NO.  1:16-cv-451 WBS**

6900.00154 la18dm186k

Soha & Lang, P.S.
Attorneys at Law
1325 Fourth Avenue, Ste 2000
Seattle, Washington  98101
(206) 624-1800/Fax (206) 624-3585

1

RESPECTFULLY SUBMITTED this 18th day of January, 2019.

2

**Soha & Lang, P.S.**                    **Cokinos │ Young**

3

By:___s/Gary Sparling_____    By:___/s/Patrick Wielinski (Per e-mail
4                                   authorization_
   Gary Sparling, ISB No. 6620          Patrick Wielinski Texas Bar No. 21432450
   Telephone:  206-624-1800             Tel: (817) 635-3620
5   Facsimile:  206-624-3585             Fax: (817) 635-3633
   Email: sparling@sohalang.com         Email: PWielinski@cokinoslaw.com
6  *Attorneys for Plaintiffs*           *Attorneys for Defendant Direct Expansion
                                        Solutions, Admitted Pro Hac Vice*
7

8  **Brassey Crawford**                 **Andersen Schwartzman Woodard Brailsford
                                        PLLC**
9

10 By:___Nick Crawford (Per e-mail      By:_____
   authorization)_____                    Jennifer Schrack Dempsey, ISB No. 7603
11    J. Nick Crawford, ISB No. 3220       Email: jsd@aswblaw.com
    Tel: (208) 344-7300                  Alyson A. Foster, ISB No. 9719
12   Fax: (208) 344-7077                  Email: aaf@aswblaw.com
    Email: jnc@brassey.net               Tel: (208) 342-4411
13 *Attorneys for Defendant Norman S. Wright*  Fax: (208) 342-4455
   *Mechanical*                         *Attorneys for Defendant Direct Expansion
                                        Solutions, Inc.*
14

15

16

17

18

19

20

21

22

23

**JOINT STATUS REPORT RE CONTINUED**
**STAY OF ACTION– 3**
**CAUSE NO.  1:16-cv-451 WBS**

6900.00154 la18dm186k

1

## CERTIFICATE OF SERVICE

2      I hereby declare that on January 18, 2019, I electronically filed Stipulation to Stay

3 Action for 150 days on the following counsel of record via CM/ECF:

Jennifer Schrack Dempsey              Patrick Wielinski

4 Haley Krug                          Cokinos │ Young

Andersen Schwartzman Woodard          105 Decker Court, Suite 800

5      Brailsford PLLC                 Irving, TX 75062

101 S. Capitol Blvd., Suite 1600      Tel: (817) 635-3620

6 Boise, ID 83702-5842                 Email: pwielinski@cbylaw.com

Tel: (208) 342-4411                   ***Attorney for Defendant Direct Expansion***

7 Fax: (208) 342-4455                  ***Solutions, Admitted Pro Hac Vice***

Email: jsd@aswblaw.com

8 Email: hkk@aswblaw.com

***Attorney for Defendant Direct Expansion***

9 ***Solutions, Inc.***

10 J. Nick Crawford

Brassey Crawford

11 345 Bobwhite Court, Suite 215

Boise, ID 83706

12 Tel: (208) 344-7300

Fax: (208) 344-7077

13 Email: jnc@brassey.net

***Attorneys for Defendant Norman S. Wright***

14 ***Mechanical***

15                    SOHA & LANG, P.S.

16          By:___*s/Gary Sparling*_____

                 Gary Sparling, Idaho Bar # 6620

17               Email address sparling@sohalang.com

18

19

20

21

22

23

**JOINT STATUS REPORT RE CONTINUED**                    Soha & Lang, P.S.

**STAY OF ACTION– 4**                                   Attorneys at Law

**CAUSE NO.  1:16-cv-451 WBS**                          1325 Fourth Avenue, Ste 2000

                                                        Seattle, Washington 98101

                                                        (206) 624-1800/Fax (206) 624-3585

6900.00154 la18dm186k