The Honorable William B. Shubb

Gary Sparling
Soha & Lang, P.S.
1325 Fourth Avenue, Suite 2000
Seattle, WA 98101
Phone: (206) 624-1800
Idaho Bar #6620

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| THE CINCINNATI INSURANCE COMPANY, an Ohio corporation; and THE CINCINNATI INDEMNITY COMPANY, an Ohio corporation,<br><br>                              Plaintiffs,<br><br>       vs.<br><br>REFLOK, INC., f/k/a REFLOK-NORTH AMERICA, INC., an Idaho corporation; DIRECT EXPANSION SOLUTIONS, INC., a Texas corporation; DMG CORPORATION, a California corporation; HAVTECH, INC., a Delaware corporation; NORMAN S. WRIGHT MECHANICAL EQUIPMENT CO., LLC, a California limited liability company; and DOE DEFENDANTS 1 through 5<br><br>                              Defendants. | Cause No. 1:16-cv-451 WBS<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT NORMAN S. WRIGHT MECHANICAL EQUIPMENT CO., LLC** |

\\\

\\\

NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT NORMAN S. WRIGHT MECHANICAL EQUIPMENT CO., LLC – 1
CAUSE NO. 1:16-cv-451 WBS

4894-4565-6622, v. 2
6900.00154 jc15dm35f5

SOHA & LANG, P.S.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, STE 2000
SEATTLE, WASHINGTON 98101
(206) 624-1800/FAX (206) 624-3585

IT IS HEREBY STIPULATED by and between the parties to this action through their undersigned counsel that all claims by or against Defendant Norman S. Wright Mechanical Equipment Co., LLC ("Norman S. Wright") shall be dismissed without prejudice and without fees or costs to any party pursuant to FRCP 41(a)(1).

SO STIPULATED, this 6th day of September, 2022.

| | |
|---|---|
| **SOHA & LANG, P.S.**<br><br>By:  */s/Gary Sparling*<br>   Gary Sparling, ISB No. 6620<br>   Telephone:  206-624-1800<br>   Facsimile:  206-624-3585<br>   Email: sparling@sohalang.com<br>***Attorneys for Plaintiffs***<br><br>**BRASSEY CRAWFORD**<br><br>By:  */s/Nick Crawford*<br>   J. Nick Crawford, ISB No. 3220<br>   Tel: (208) 344-7300<br>   Fax: (208) 344-7077<br>   Email: jnc@brassey.net<br>***Attorneys for Defendant Norman S. Wright Mechanical*** | **COKINOS │ YOUNG**<br><br>By:  */s/Patrick Wielinski*<br>   Patrick Wielinski Texas Bar No. 21432450<br>   Tel: (817) 635-3620<br>   Fax: (817) 635-3633<br>   Email: PWielinski@cokinoslaw.com<br><br>**DEMPSEY FOSTER, PLLC**<br><br>By:  *s/Jennifer Dempsey*<br>   Jennifer Schrack Dempsey, ISB No. 7603<br>   Email: jen@dempseyfoster.com<br>   Alyson A. Foster, ISB No. 9719<br>   Email: alyson@dempseyfoster.com<br>   Tel: (208) 401-9533<br><br>***Attorneys for Defendant Direct Expansion Solutions, Admitted Pro Hac Vice*** |

NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT NORMAN S. WRIGHT MECHANICAL EQUIPMENT CO., LLC – 2
**CAUSE NO.  1:16-cv-451 WBS**

4894-4565-6622, v. 2
6900.00154 jc15dm35f5

SOHA & LANG, P.S.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, STE 2000
SEATTLE, WASHINGTON  98101
(206) 624-1800/FAX (206) 624-3585

# CERTIFICATE OF SERVICE

I hereby declare that on September 6, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

| | |
|---|---|
| Jennifer Schrack Dempsey | Patrick Wielinski |
| Dempsey Foster, PLLC | Cokinos │ Young |
| 800 Main Street, Suite 1460 | 105 Decker Court, Suite 800 |
| Boise, ID 83705 | Irving, TX 75062 |
| Telephone: (208) 401-9533 | Tel: (817) 635-3620 |
| Email: jen@dempseyfoster.com | Email: pwielinski@cbylaw.com |
| ***Attorney for Defendant Direct Expansion Solutions, Inc.*** | ***Attorney for Defendant Direct Expansion Solutions, Admitted Pro Hac Vice*** |

J. Nick Crawford
Brassey Crawford
345 Bobwhite Court, Suite 215
Boise, ID 83706
Tel: (208) 344-7300
Fax: (208) 344-7077
Email: jnc@brassey.net
***Attorneys for Defendant Norman S. Wright Mechanical***

Dated this 6th day of September, 2022.

*s/Angela Murray*
_____
Angela Murray
Legal Secretary to Gary Sparling

NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT NORMAN S. WRIGHT MECHANICAL EQUIPMENT CO., LLC – 3
CAUSE NO. 1:16-cv-451 WBS

4894-4565-6622, v. 2
6900.00154 jc15dm35f5

SOHA & LANG, P.S.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, STE 2000
SEATTLE, WASHINGTON 98101
(206) 624-1800/FAX (206) 624-3585