The Honorable William B. Shubb

Jennifer Dinning
Soha & Lang, P.S.
1325 Fourth Avenue, Suite 2000
Seattle, WA 98101
Phone: (206) 624-1800
Idaho Bar 10156

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| THE CINCINNATI INSURANCE COMPANY, an Ohio corporation; and THE CINCINNATI INDEMNITY COMPANY, an Ohio corporation,<br><br>                Plaintiffs,<br><br>  vs.<br><br>REFLOK, INC., f/k/a REFLOK-NORTH AMERICA, INC., an Idaho corporation; DIRECT EXPANSION SOLUTIONS, INC., a Texas corporation; DMG CORPORATION, a California corporation; HAVTECH, INC., a Delaware corporation; NORMAN S. WRIGHT MECHANICAL EQUIPMENT CO., LLC, a California limited liability company; and DOE DEFENDANTS 1 through 5<br><br>                Defendants. | Cause No. 1:16-cv-00451 WBS<br><br>**STIPULATED DISMISSAL OF DXS AND DXS CLAIMS AGAINST CINCINNATI** |

Pursuant to Fed R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs The Cincinnati Insurance Company and The Cincinnati Indemnity Company (collectively, "Cincinnati") and Defendant Direct

**STIPULATED DISMISSAL OF DXS AND DXS CLAIMS AGAINST CINCINNATI – 1**
**CAUSE NO. 1:16-cv-00451**

SOHA & LANG, P.S.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, STE 2000
SEATTLE, WASHINGTON 98101
(206) 624-1800/FAX (206) 624-3585

1  Expansion Solutions, Inc. ("DXS") hereby stipulate through their respective counsel that all

2  claims against DXS, and all of DXS' counterclaims against Cincinnati are dismissed with

3  prejudice and without an award of costs or fees to any party.  All other claims in this lawsuit

4  remain stayed.

5

6      DATED this 2nd day of March, 2023.

7
                                SOHA & LANG, P.S.
8

9                     By: *s/ Jennifer Dinning*
                       Jennifer Dinning, Idaho Bar #10156
10                    Email address dinning@sohalang.com
                      **Soha & Lang, P.S.**
11                    1325 Fourth Avenue, Suite 2000
                      Seattle, WA  98101
12                    Telephone:  206-624-1800
                      Facsimile:   206-624-3585
13
                     *Attorneys for Plaintiffs*
14
                 Bjorkman Dempsey Foster PLLC
15

16                    By: *s/ Jennifer S. Dempsey (e-mail approval)*
                     Alyson Foster, Idaho Bar #9719
17                    Email address: afoster@bdfcounsel.com
                     Jennifer S. Dempsey, Idaho Bar #7603
18                    Email address: jsdempsey@bdfcounsel.com
                     **Bjorkman Dempsey Foster PLLC**
19                    714 West State Street
                      Boise, ID 83702
20                    Telephone:  208-401-9533

21  //

22  //

23  //

**STIPULATED DISMISSAL OF DXS AND DXS CLAIMS AGAINST CINCINNATI – 2**
**CAUSE NO. 1:16-cv-00451**

SOHA & LANG, P.S.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, STE 2000
SEATTLE, WASHINGTON  98101
(206) 624-1800/FAX (206) 624-3585

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

Cokinos, Bosien & Young

By: *s/ Patrick Wielinski (e-mail approval)*
   Patrick Wielinski, (admitted pro hac vice)
   Email address: pwielinski@cokinoslaw.com
   **Cokinos, Bosien & Young**
   105 Decker Court, Suite 800
   Irving, TX 75062
   Telephone:  817-635-3620

*Attorneys for Defendant and Counter Claimant Direct Expansion Solutions, Inc.*

**STIPULATED DISMISSAL OF DXS AND DXS CLAIMS AGAINST CINCINNATI – 3**
**CAUSE NO. 1:16-cv-00451**

SOHA & LANG, P.S.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, STE 2000
SEATTLE, WASHINGTON  98101
(206) 624-1800/FAX (206) 624-3585

# CERTIFICATE OF SERVICE

I hereby declare that on March 2nd, 2023 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

| | |
|---|---|
| Jennifer Schrack Dempsey | Patrick Wielinski |
| Dempsey Foster, PLLC | Cokinos │ Young |
| 714 West State Street | 105 Decker Court, Suite 800 |
| Boise, ID 83702 | Irving, TX 75062 |
| Telephone: (208) 401-9533 | Tel: (817) 635-3620 |
| Email: jen@dempseyfoster.com | Email: pwielinski@cbylaw.com |
| *Attorney for Defendant Direct Expansion Solutions, Inc.* | *Attorney for Defendant Direct Expansion Solutions, Admitted Pro Hac Vice* |

Dated this 2nd day of March, 2023.

*s/ Melanie Barnhill*
Melanie Barnhill
Legal Secretary to Jennifer Dinning

**STIPULATED DISMISSAL OF DXS AND DXS CLAIMS AGAINST CINCINNATI – 4**
**CAUSE NO. 1:16-cv-00451**

SOHA & LANG, P.S.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, STE 2000
SEATTLE, WASHINGTON 98101
(206) 624-1800/FAX (206) 624-3585