The Honorable William B. Shubb

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| THE CINCINNATI INSURANCE COMPANY, an Ohio corporation; and THE CINCINNATI INDEMNITY COMPANY, an Ohio corporation,<br><br>　　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>REFLOK, INC., f/k/a REFLOK-NORTH AMERICA, INC., an Idaho corporation; DIRECT EXPANSION SOLUTIONS, INC., a Texas corporation; DMG CORPORATION, a California corporation; HAVTECH, INC., a Delaware corporation; NORMAN S. WRIGHT MECHANICAL EQUIPMENT CO., LLC, a California limited liability company; and DOE DEFENDANTS 1 through 5<br><br>　　　　　　　　　Defendants. | Cause No. 1:16-cv-00451 WBS<br><br>**ORDER GRANTING STIPULATED DISMISSAL OF DXS AND DXS CLAIMS AGAINST CINCINNATI** |

This matter comes before the Court on Plaintiffs The Cincinnati Insurance Company and The Cincinnati Indemnity Company (collectively, "Cincinnati") and Defendant Direct

**[PROPOSED] ORDER GRANTING STIPULATED DISMISSAL OF DXS AND DXS CLAIMS AGAINST CINCINNATI – 1**
**CAUSE NO. 1:16-cv-00451**

Soha & Lang, P.S.
Attorneys at Law
1325 Fourth Avenue, Ste 2000
Seattle, Washington 98101
(206) 624-1800/Fax (206) 624-3585

Expansion Solutions, Inc. ("DXS") Stipulated Dismissal of DXS and DXS Claims Against Cincinnati, pursuant to Fed R. Civ. P. 41(a)(1)(A)(ii). IT IS HEREBY ORDERED, ADJUDGED AND DECREED that all claims against DXS, and all of DXS' counterclaims against Cincinnati are dismissed with prejudice and without an award of costs or fees to any party. All other claims in this lawsuit remain stayed.

Dated: March 2, 2023

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

//end of text//

Submitted by:

SOHA & LANG, P.S.

By: *s/ Jennifer Dinning*
Jennifer Dinning, Idaho Bar #10156
Email address dinning@sohalang.com
**Soha & Lang, P.S.**
1325 Fourth Avenue, Suite 2000
Seattle, WA  98101
Telephone:  206-624-1800
Facsimile:  206-624-3585
*Attorneys for Plaintiffs*

Bjorkman Dempsey Foster PLLC

**[PROPOSED] ORDER GRANTING STIPULATED DISMISSAL OF DXS AND DXS CLAIMS AGAINST CINCINNATI – 2**
**CAUSE NO. 1:16-cv-00451**

SOHA & LANG, P.S.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, STE 2000
SEATTLE, WASHINGTON  98101
(206) 624-1800/FAX (206) 624-3585

1 | By: *s/ Jennifer S. Dempsey (e-mail approval)*
Alyson Foster, Idaho Bar #9719
2 | Email address: afoster@bdfcounsel.com
Jennifer S. Dempsey, Idaho Bar #7603
3 | Email address: jsdempsey@bdfcounsel.com
**Bjorkman Dempsey Foster PLLC**
4 | 714 West State Street
Boise, ID 83702
5 | Telephone:  208-401-9533

6 |

7 | Cokinos, Bosien & Young

8 |

9 | By: *s/ Patrick Wielinski (e-mail approval)*
Patrick Wielinski, (admitted pro hac vice)
Email address: pwielinski@cokinoslaw.com
10 | **Cokinos, Bosien & Young**
**105 Decker Court, Suite 800**
11 | **Irving, TX 75062**
Telephone:  817-635-3620

12 |
*Attorneys for Defendant and Counter Claimant*
13 | *Direct Expansion Solutions, Inc.*

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

**[PROPOSED] ORDER GRANTING STIPULATED DISMISSAL OF DXS AND DXS CLAIMS AGAINST CINCINNATI – 3**
**CAUSE NO. 1:16-cv-00451**

Soha & Lang, P.S.
Attorneys at Law
1325 Fourth Avenue, Ste 2000
Seattle, Washington 98101
(206) 624-1800/Fax (206) 624-3585